THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Vivian Rankin, | : | Case No. 15-453 |
| Plaintiff | : | Hon. Edmund Sargus |
| | : | Mag. Judge: Norah McCann King |
| vs. | : | |
| | : | **STIPULATION OF DISMISSAL** |
| Ashro, Inc. Defendant | : | |

Now come the parties, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), do hereby stipulate that this action is dismissed with prejudice, each party to pay all of its own costs, expenses and fees.

Respectfully submitted,

/s/ Marc E. Dann
Marc E. Dann (0039425)
Grace M. Doberdruk (0085547)
THE DANN LAW FIRM CO., L.P.A.
4600 Prospect Avenue
Cleveland, OH 44103
(216) 373-0539
(216) 373-0536 - fax
notices@dannlaw.com
Attorneys for Plaintiff

/s/ Benjamin Sitter
K. Isaac deVyver #0072633
Benjamin Sitter
Reed Smith, LLP
225 Fifth Avenue
Pittsburgh, PA 15222
412/288-3023
FAX 412/288-3063
kdevyver@reedsmith.com
bsitter@reedsmith.com
Attorneys for Defendant

IT IS SO ORDERED.

9-18-2015
Date

Hon. Edmund Sargus